ELIJAH GARRISON, )
)
      Plaintiff, )
)
)
v. )      No. 3:24-CV-385-TAV-JEM
)
JASON SWALLOWS, )
)
      Defendant. )

**O R D E R**

This case is before the Court pursuant to 28 U.S.C. § 636, the Rules of this Court, and the

Order [Doc. 58] referring the matter by United States District Judge Thomas A. Varlan.

Now before the Court is Defendant's Motion for Evidentiary Hearing on Exhaustion

[Doc. 41]. Defendant requests this Court set an evidentiary hearing to determine whether Plaintiff

properly exhausted the Tennessee Department of Correction ("TDOC") grievance process in

accordance with the Prison Litigation Reform Act ("PLRA") [*Id.* at 1]. Defendant states the PLRA

requires the Court to determine whether an inmate exhausted his administrative remedies before

bringing an action before the Court [*Id.*]. In response, Plaintiff asks that the Court deny

Defendant's request for a hearing, stating he has submitted evidence showing that he met the

requirements to exhaust his administrative remedies by filing a grievance with the prison

[Doc. 47 pp. 2–3].

On January 27, 2026, the Court ordered the parties to file supplemental briefs on whether

the exhaustion issue is intertwined with the merits of Plaintiff's claim in light of the Supreme

Court's guidance in *Perttu v. Richards*, 605 U.S. 460 (2025) [Doc. 59]. The parties filed their briefs accordingly [Docs. 60 and 61].

At this time, it appears to the Court that the exhaustion issue is not intertwined with the merits of Plaintiff's claim such that an evidentiary hearing may be appropriate. The Court therefore **GRANTS** Defendant's Motion for Evidentiary Hearing [**Doc. 41**]. During the hearing, however, the Court will entertain further argument on whether the exhaustion issue is intertwined with the merits of Plaintiff's claim, but the parties **SHALL** be prepared to present evidence on whether Plaintiff properly exhausted the TDOC grievance process in accordance with the PLRA. The Court will set the hearing by separate order.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge