| | | |
|---|---|---|
| ELIJAH GARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:24-CV-385-TAV-JEM |
| | ) | |
| JASON SWALLOWS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the Court pursuant to 28 U.S.C. § 636, the Rules of this Court, and the Order [Doc. 58] referring the matter by United States District Judge Thomas A. Varlan.

The Court previously granted Defendant's Motion for Evidentiary Hearing on Exhaustion [Doc. 63]. On June 3, 2026, the Court held an evidentiary to determine whether Plaintiff properly exhausted the Tennessee Department of Correction ("TDOC") grievance process in accordance with the Prison Litigation Reform Act ("PLRA"). At the start of the hearing, Plaintiff explained that the documents he used to prepare for the hearing were lost during his transport. While both parties attempted to recover the documents for Plaintiff to use during the hearing, Plaintiff informed the undersigned that he still did not have all of the notes he prepared for the hearing.

In light of Plaintiff's situation and time constraints on the day of the hearing, the Court determined post-hearing briefs are appropriate. Both parties are therefore **ORDERED** to file any post-hearing brief **on or before August 17, 2026**. Responses **SHALL** be filed **on or before September 14, 2026**. Any reply **SHALL** be filed on or before **September 28, 2026**.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge